# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JONATHAN BRAWNER**                                                                    **PETITIONER**

**v.**                                **CASE NO. 5:14CV00204 BSM**

**RAY HOBBS, Director of the**                                      **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the order entered this day, the petition is hereby dismissed with prejudice.

IT IS SO ORDERED this 18th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE